Lothar Goernitz
P. O. Box 32961
Phoenix, AZ 85064
(602) 263-5413

UST-32, 3-03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| FAIRWAY MEDIA, INC. | ) | CASE NO. 06-03657-PHX-RJH |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 7 | 11/10/09 | KWBT<br>6910 EAST 14TH STREET<br>TULSA, OK 74112 | $51.21 |
| 9 | 11/10/09 | ABACUS MEDIA<br>2510 AVIATION WAY, UNIT B<br>COLORADO SPRINGS, CO 80916 | $8.13 |

Date: <u>March 9, 2010</u>         /s/ Lothar Goernitz
                    Lothar Goernitz, Trustee